UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELICA H. ROMERO,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC., a Delaware Corporation,

Defendant.

Case No. 1:25-cv-00336-HBK

ORDER REGARDING SETTLEMENT PROCEDURES AND TRIAL SCHEDULE

In their joint pretrial statement filed October 2, 2026, the parties state that they "believe a settlement conference would be productive at this time." (Doc. 16 at 12:22). The final pretrial conference is currently set for October 16, 2026, and jury trial is set to commence on November 2, 2026. (Doc. 7).

Accordingly, IT IS HEREBY ORDERED:

1. No later than Friday, October 9, 2026, the parties shall file a joint statement advising the court:

   a. Whether they request a court settlement conference before a magistrate judge pursuant to Eastern District of California Local Rule 270 or instead wish to participate in the court's Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271; and

b. Whether they request that the court stay or continue the October 16, 2026 final pretrial conference and the November 2, 2026 jury trial pending completion of the selected settlement process.

2. If the parties do not agree on either issue, the joint statement shall set forth each party's position. Unless and until the Court orders otherwise, all existing dates and deadlines remain in effect.

Dated: October 5, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE