UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA H. ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 1:25-cv-00336-HBK<br><br>ORDER REFERRING CASE TO VDRP AND VACATING PRE-TRIAL AND TRIAL DATES |

On October 9, 2026, the parties filed a joint status report requesting to participate in the Court's Voluntary Dispute Resolution Program ("VDRP") set forth in E.D. Cal. Local Rule 271. (Doc. 19). The Court finds this case will benefit from participation in VDRP prior to proceeding to a jury trial.

Accordingly, IT IS ORDERED:

1. This action is referred to the VDRP.
2. Within thirty (30) days of this Order, the parties shall contact the Court's VDRP Administrator, Sujean Park, at (916) 930-4278 or Spark@caed.uscourts.gov, to initiate the selection of a neutral evaluator.
3. The parties shall review and comply with Local Rule 271, which governs the VDRP.
4. No later than fourteen (14) days after the completion of the VDRP session, the parties

shall either (a) jointly file their VDRP Completion Report, or (b) file a dismissal or stipulation and proposed order of dismissal pursuant to Fed. R. Civ. P. 41, consistent with Local Rule 271(o).

5. The final pre-trial conference scheduled for October 16, 2026 and jury trial scheduled for November 2, 2026 and associated deadlines are VACATED.

Dated: October 13, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc: Sujean Park